### 9095.   COWART v. MADDOX.

JENKINS, J. A tenant can not dispute his landlord's title, or attorn to another claimant, without first surrendering possession of the premises. The evidence introduced, with all reasonable deductions or inferences therefrom, having demanded a finding that no such surrender had been made, and there being no dispute as to the amount involved, the judge did not err in directing a verdict for the plaintiff in the distress warrant proceedings.

> Judgment affirmed. Wade, C. J., and Luke, J., concur.
> DECIDED APRIL 11, 1918.

Distraint; from city court of Dublin—Judge Flynt.  June 20, 1917.

S. W. Sturgis, for plaintiff in error.   J. S. Adams, contra.

---

### 9285.   KELLY v. SHORES-MUELLER COMPANY.

WADE, C. J. Where exception is taken to a preliminary judgment overruling an oral motion to dismiss an action, and it appears from the bill of exceptions that a final judgment was rendered in the case, upon which there is no assignment of error, this court is without jurisdiction, and the writ of error must be dismissed. Lyndon v. Ga. Ry. El. Co., 129 Ga. 353 (58 S. E. 1047); Newberry v. Tenant, 121 Ga. 561 (49 S. E. 621); Kibben v. Coastwise Dredging Co., 120 Ga. 899 (48 S. E. 330); Ox Breeches Mfg. Co. v. Bird, 1 Ga. App. 40 (57 S. E. 975); Anderson v. Hall, 3 Ga. App. 555 (60 S. E. 294); Simmons v. Peagler, 7 Ga. App. 252 (66 S. E. 629; Tinsley v. Gullett Gin Co., 21 Ga. App. 512 (94 S. E. 892), and cases there cited.

> Writ of error dismissed. Jenkins and Luke, JJ., concur.
> DECIDED APRIL 11, 1918.

Complaint; from Murray superior court—Judge Tarver.
King & Starr, for plaintiff in error.
F. K. McCutcheon, R. Noel Steed, contra.